United States District Court
Central District of California
Eastern Division

| | |
|---|---|
| DDM Transport, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Kennedy's Service Center,,<br><br>　　　　　　　　Defendant. | EDCV 15-1289-VAP (KKx)<br><br>**Order to Show Cause For Failure to Prosecute** |

　　　　On October 22, 2015, the Clerk entered default against Defendant. (Doc. No. 11.)  To date, Plaintiff has not filed its Motion for Default Judgment. Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than February 15, 2016, why this action should not be dismissed without prejudice for failure to prosecute.  Failure to file a response will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated:    2/2/16

　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　United States District Judge

1